UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED MAY 18 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA,

Plaintiff,

vs.

Jose Sanchez-Hernandez,

Defendant.

Case No. 18-cr-2529-DMS

JUDGMENT OF DISMISSAL

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

[X] an information has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

[ ] the Court has dismissed the case for unnecessary delay; or

[ ] the Court has granted the motion of the Government for dismissal, without prejudice; or

[ ] the Court has granted the motion of the defendant for a judgment of acquittal; or

[ ] a jury has been waived, and the Court has found the defendant not guilty; or

[ ] the jury has returned its verdict, finding the defendant not guilty;

[X] of the offense(s) as charged in the Indictment:

8:1325 - Unlawful Entry by an Alien - (1); 8:1326(a), (b) - Attempted Reentry of Removed Alien (2)

Dated: 5/18/2018

Hon. Nita L. Stormes
United States Magistrate Judge